IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 JUN -2  A 10:04

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Thomas Henry McCarter Jr 220870
Full name and prison number
of plaintiff(s)

v.

Coosa County S.O.

Tony Thomas

Al Brady

Chris Spivey

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:05CV519-T
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
  A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

  B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

  C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit:

       Plaintiff(s) _____

       _____

       Defendant(s) _____

       _____

    2. Court (if federal court, name the district; if state court, name the county) _____

       _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Coosa County S.O.

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Coosa County S.O.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                              ADDRESS

1. Tonya Thomas
2. Al Brady
3. Chris Spivey
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  5/26/2005 here's you a copy

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was refused the law library by Tonya Thomas & Chris Spivey when I ask

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

for the rules and regulations when was refuse when I ask for the 2004-2005 Alabama Criminal Code.

**GROUND TWO:** They was informed was arljic to onins and they still brought me treys with onies

**SUPPORTING FACTS:** 2 doctors from prison my Med. jacket, verbally told them at bookin

**GROUND THREE:** Refuse to sign my grievances CDI Chris Spivey

**SUPPORTING FACTS:**

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the fed's to invistgate Coosa County Jail $75,000.00

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  5/30/2005 .
                (Date)

_____
Signature of plaintiff(s)

4

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: Thomas N McQurter Jr   CELL: C-Block 101

DATE: 5/26/05   TIME: 1:45 pm

Please check one of the following:

_____ Medical   _____ Commissary   __✓__ Grievance   _____ Other

Briefly state your request or list your commissary items below"

I informed Officer "Tonya Thomas" That I was highly Allegic to onius and its on my file even in my Prison files. She told me this was not burger king I can't have it my way. Also I've not had my 1 phone call and have been in here since Tuesday 23, 2005 with out a phone call...
I would like actions for yalls mess ups when they brought me some cold cut bolonga and some applesauce after they realize their mistakes. I Need a copy of your 2004-2005 Rules and codes for Coosa County Also the address for the 11th circute fed court of Atl.  I've got my address

Inmate's signature: Tommy McQurter

Do not write below—for reply only

_____
_____
_____
_____
_____

**Signature of Jail Officer receiving original request:**