RECEIVED
JUN 2 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

2:05CV519-T

### AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
### IN FORMA PAUPERIS

I, Thomas H McQurter, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?  YES ( ) NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. 1999   $456.00 a week

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?   YES ( ) NO (✓)
   B. Rent payments, interest, or dividends?   YES ( ) NO (✓)
   C. Pensions, annuities, or life insurance payments?   YES ( ) NO (✓)
   D. Gifts or inheritances?   YES ( ) NO (✓)
   E. Any other sources?   YES (✓) NO ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. My grand mother Sue Mae McQurter


SCANNED
06 6205



3. Do you own cash, or do you have money in a checking/savings account?  YES ( )   NO (✓)

If the answer is YES, state the total value of the items owned. _____
_____
_____
_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✓)

If the answer is YES, describe the property and state its approximate value. _____
_____
_____
_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____
_____
_____
_____

_____
Plaintiff

STATE OF ALABAMA
COUNTY OF __Rockford_____

Subscribed and sworn to before me on this _____ day of _____,
199__, at _____, Alabama.

_____
NOTARY PUBLIC in and for said County,
in said State

(SEAL)

My commission expires _____.

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

_____
Plaintiff