IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS HENRY MCQURTER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-CV-519-T |
| ) | |
| COOSA COUNTY S.O., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on June 15, 2005, (Doc. # 4), that this case be dismissed with prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B). After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 3rd day of August, 2005.

                                                   /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE